United States District Court
Southern District of Texas

**ENTERED**

June 30, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MOHAMMAD FAQIRI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-285 |
| | § | |
| MARKWAYNE MULLIN[1], *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Petitioner Mohammad Faqiri is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. He is subject to a final order of removal, but in this habeas action alleges that his removal is not reasonably foreseeable, warranting his immediate release based on *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Pet., Doc. 1). The Government seeks summary judgment. (MSJ, Doc. 21)

A United States Magistrate Judge recommends that the Court deny the motion for summary judgment, grant the writ of habeas corpus, and order that Respondent release Petitioner "subject to supervision in accordance with 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5[.]" (R&R, Doc. 25) No party objected to the Report and Recommendation and the deadline for doing so expired on June 26, 2026.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 25). It is:

---

[1] Petitioner sought relief against Kristi Noem and Pamela Bondi in their official capacities as Secretary of the Department of Homeland Security and Attorney General, respectively. Pursuant to Federal Rule of Civil Procedure 25(d), Markwayne Mullin and Todd Blanche are substituted as the proper Respondents, respectively.

1 / 2

**ORDERED** that the Government's Motion for Summary Judgment (Doc. 21) is **DENIED**;

**ORDERED** that Petitioner Mohammad Faqiri's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** to the extent indicated in this Order; and

**ORDERED** that by no later than July 7, 2026, Respondent shall release Petitioner Mohammad Faqiri from custody, subject to supervision in accordance with 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on June 30, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge

2 / 2